**United States Bankruptcy Court**
**Eastern District of Louisiana**

IN RE:                                         Case No. _____

**Gulf South Medical & Surgical Institute,**               Chapter **11** _____

                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $    **20,000.00**

   Prior to the filing of this statement I have received ........................................................ $    **20,000.00**

   Balance Due ................................................................................................. $    **0.00**

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.   [Other provisions as needed]
   **Services to be rendered and billed against the retainer at the rate of $295.00 per hour, plus expenses incurred.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 10, 2011** | **/s/ Darryl T. Landwehr** |
| Date | **Darryl T. Landwehr 17677** |
| | **Landwehr** |
| | **1010 Common St., Suite 1710** |
| | **New Orleans, LA  70112** |
| | **(540) 561-8086** |
| | **dtlandwehr@aol.com** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gulf South Medical & Surgical Institute,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **72-1176725** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3705 Florida Avenue**<br>**Kenner, LA**<br>ZIPCODE **70065** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**, Kenner, LA**<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                    Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.    business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gulf South Medical & Surgical Institute,** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**U.S.B.C. Easrtern District 0f LA.** | Case Number: **97-** | Date Filed: |
| Location Where Filed:**N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gulf South Medical & Surgical Institute,** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|

X **/s/ Darryl T. Landwehr**
Signature of Attorney for Debtor(s)

**Darryl T. Landwehr 17677
Landwehr
1010 Common St., Suite 1710
New Orleans, LA 70112
(540) 561-8086
dtlandwehr@aol.com**


**May 10, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George Farber**
Signature of Authorized Individual

**George Farber**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**May 10, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Gulf South Medical & Surgical Institute,</u> _____    Case No. _____
Debtor(s)

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

---

All Other Names used by the Debtor in the last 8 years:

**Kenner Dermatalogy Clinic**
**Chalmette Dermatology Clinic**
**Slidell Dermatology Clinic**
**Terryrtown Allergy & Dermatology Clinic**
**Covington Dermatology Clinic**
**Farber Dermatology Clinic**
**Algiers Dermatology Clinic**
**Hammond Dermatology Clinic**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Eastern District of Louisiana

IN RE:                                                                    Case No. _____

**Gulf South Medical & Surgical Institute,** _____    Chapter **11** _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| AT&T Advertising Solutions<br>P. O. Box 105024<br>Atlanta, GA  30348-5024 | | Trade debt | | 34,985.72 |
| John Pieksen & Associates, LLC<br>829 Baronne Street<br>New Orleans, LA  70113 | | | | 34,831.54 |
| De Lage Landen Financial Services, Inc.<br>P. O. Box 41602<br>Philadelphia, PA  19101-1602 | Beckman Coulter, Inc.<br>P. O. Box 8000<br>250 South Kraermer Blvd<br>Brea, CA  92822-8000 | | | 25,000.00 |
| Saeed Ahmed, MD<br>3705 Florida Avenue<br>Kenner, LA  70065 | | | | 20,000.00 |
| Letti Lynn Hoerner<br>2000 Mississippi Avenue<br>Kenner, LA  70062 | | | | 16,349.00 |
| Leslie Hoffman Advertising/<br>Certain Image, Inc.<br>1815 Hesoid Street<br>Metairie, LA  70005 | | Trade debt | | 11,000.00 |
| Admiral Insurance Co.<br>1255 Caldwell R<br>P. O. Box 5725<br>Cherry Hill, NJ  08034 | | | Disputed | 8,000.00 |
| DermatoPathology Consultants<br>104 White Horse Pike<br>Haddon Heights, NJ  08035 | | | | 7,850.00 |
| AFCO Insurance Premium Finance<br>P. O. Box 4795<br>Carol Stream, IL  60197-4795 | | | | 6,204.87 |
| Gachissin Law Firm<br>P. O. Box 80369<br>Lafayette, LA  70508 | | | | 6,030.96 |
| Cerner Healthcare Solutions, Inc.<br>2800 Rockcreek Parkway<br>Kansas City, MO  64117 | | | | 5,551.56 |
| Ajubita, Leftwich & Saltzer, LLC<br>1100 Poydras Street<br>New Orleans, LA  70130 | | | | 4,065.00 |
| Stericycle, Inc.<br>28161 N. Keith Drive<br>Lake Forest, IL  60045 | | | | 3,765.04 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Stericycle, Inc.**<br>**28161 N. Keith Drive**<br>**Lake Forest, IL  60045** | **3,765.04** |
| **WLAE TV**<br>**3330 N. Causeway Blvd.**<br>**Metairie, LA  70002-3573** | **3,600.00** |
| **WTIX-FM 94.3**<br>**4539 I-10 Service Rd. (3rd Floor)**<br>**Metairie, LA  70006** | **3,300.00** |
| **The Doctor's Company**<br>**185 Greenwood Rd.**<br>**Napa, CA  94558-7540** | **3,000.00** |
| **Public Insurance Services** | **3,000.00** |
| **Tom Hopkins, Esq., APLC**<br>**643 Magazine Street, Ste. 300**<br>**New Orleans, LA  70130** | **2,156.86** |
| **Gulf Coast Office Products, Inc.**<br>**5801 River Oaks Road South**<br>**Nw Orleans, LA  70123** | **1,933.97** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 10, 2011**                      Signature: */s/ George Farber*

                                                       **George Farber,**
                                                                                        (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Louisiana**

IN RE:                                                            Case No. _____

Gulf South Medical & Surgical Institute, _____   Chapter 11 _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 7,154,572.30 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 1,177,096.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 18 | $ 7,154,572.30 | $ 1,177,096.99 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Gulf South Medical & Surgical Institute,**                                      Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Gulf South Medical & Surgical Institute,**                Case No. _____
_____                                    (If known)
                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Gulf Coast Banking - checking account** | | 184.00 |
| | | **Omni Bank - checking account** | | 1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Atmos Energy - 3701 Florida Ave.** | | 625.30 |
| | | **Dr. Nose, LLC - Hammon Clinic Landlord** | | 3,000.00 |
| | | **Entergy - 3701 Florida Ave.** | | 1,600.00 |
| | | **Entergy - Hammond** | | 500.00 |
| | | **Entergy - Hammond** | | 396.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Key man insurance - MetLife Policy #208 138 816 USU (whole life ins.)** | | 7,500.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Gulf South Medical & Surgical Institute, _____ Case No. _____

                              Debtor(s)                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Patient accounts - 2.56 million; Insurance receivables and MediCare - 2.5 million Workman's Comp - $87.00 Indirect accounts - $80.00** | | **5,060,167.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **George A. Farber, GSMSI, KDC v. John Bobear, MD; Rita Arcenaux and Stacy Gaudin (CDC Case No. 2011-3878) - damages sought $10,000,000.00** | | **unknown** |
| | | **George A. Farber, MD, Gulf South Medical & Surgical Institute, Inc. and Kenner Dematology Clinic v. Jack Stollier, J.D. and Cecilia Mouton, M.D. #11-4285 (Petition for Damages)** | | **unknown** |
| | | **George A. Farber, Sr. & GSMSI v. Elizabeth Dimitri & Elizabeth Dimitri D.O. Professional Medical Corp.** | | **75,000.00** |
| | | **GSMSI v. Eagan Insurance Agency, et al. 24th JDC, No. 643-329, Div. G (claim for business interruption)** | | **750,000.00** |
| | | **Gulf South Medical & KDC v. Center for Medicare and Medicaid Services of the US Dept. of Health & Human Services - Docket #C-11-017 (claim for $2.5 million as listed in item 16 above)** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Gulf South Medical & Surgical Institute,** _____    Case No. _____

                             Debtor(s)                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attachment 1 | | 342,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attachment 1 | | 912,600.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **7,154,572.30** |

                          (Include amounts from any continuation sheets attached.
                          Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE Gulf South Medical & Surgical Institute,    Case No. _____
_____
        Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **Gulf South Medical & Surgical Institute,**_____    Case No. _____
                                    Debtor(s)                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Gulf South Medical & Surgical Institute, _____   Case No. _____

_____ Debtor(s)   (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Gulf South Medical & Surgical Institute,** _____    Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Admiral Insruance Co.**<br>**1255 Caldwell R**<br>**P. O. Box 5725**<br>**Cherry Hill, NJ 08034** | | | **Claim: C129300001**<br>**Policy: EO 000007387-01** | | | X | **8,000.00** |
| ACCOUNT NO. 04-98054201-07<br>**AFCO Insurance Premium Finance**<br>**P. O. Box 4795**<br>**Carol Stream, IL 60197-4795** | | | **Professional Liability Insurance - Dr. Saed Ahmed @ 689.43/mos.** | | | | **6,204.87** |
| ACCOUNT NO.<br>**Ajubita, Leftwich & Saltzer, LLC**<br>**1100 Poydras Street**<br>**New Orleans, LA 70130** | | | | | | | **4,065.00** |
| ACCOUNT NO. 9188264877-00008<br>**AT&T Advertising Solutions**<br>**P. O. Box 105024**<br>**Atlanta, GA 30348-5024** | | | | | | | **34,985.72** |

____ **8** continuation sheets attached

Subtotal
(Total of this page) $ **53,255.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gulf South Medical & Surgical Institute, _____   Case No. _____
                                    Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9188264877-00006** <br><br>**AT&T Advertising Solutions** <br>**P. O. Box 105024** <br>**Atlanta, GA  30348-5024** | | | TT | | | | 1,709.80 |
| ACCOUNT NO. **9188264877-00005** <br><br>**AT&T Advertising Solutions** <br>**P. O. Box 105024** <br>**Atlanta, GA  30348-5024** | | | Slidell | | | | 1,605.86 |
| ACCOUNT NO. **5 accts** <br><br>**Cavalier Business** <br>**2704 ALT 19** <br>**Palm Harbor, FL  34683-2639** | | | Covington - telephone: <br>5 Accts:  2210818; 2221375; 2210621; 3799200; 2210468 | | | | 567.77 |
| ACCOUNT NO. **2221375** <br><br>**Cavalier Business** <br>**2704 ALT 19** <br>**Palm Harbor, FL  34683-2639** | | | Hammond Telephone Acct. | | | | 1,436.11 |
| ACCOUNT NO. <br><br>**Cerner Healthcare Solutions, Inc.** <br>**2800 Rockcreek Parkway** <br>**Kansas City, MO  64117** | | | | | | | 5,551.56 |
| ACCOUNT NO. <br><br>**DA Exterminating Co., Inc.** <br>**4440 Wabash Street** <br>**Metairie, LA  70001-1230** | | | GSMSI | | | | 495.00 |
| ACCOUNT NO. **119110** <br><br>**De Lage Landen Financial Services, Inc.** <br>**P. O. Box 41602** <br>**Philadelphia, PA  19101-1602** | | | KDC - Beckman/De Lage Landen | | | | 25,000.00 |

Sheet no. _____**1**_ of _____**8**__ continuation sheets attached to                                 Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims           (Total of this page)   $   **36,366.10**

                                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -Cont.

IN RE **Gulf South Medical & Surgical Institute,**                          Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Beckman Coulter, Inc.**<br>**P. O. Box 8000**<br>**250 South Kraermer Blvd**<br>**Brea, CA  92822-8000** | | | Assignee or other notification for:<br>De Lage Landen Financial Services, Inc. | | | | |
| ACCOUNT NO.<br>**DermatoPathology Consultants**<br>**104 White Horse Pike**<br>**Haddon Heights, NJ  08035** | | | | | | | 7,850.00 |
| ACCOUNT NO.<br>**Dutel & Tomeny**<br>**Attorneys & Counselors**<br>**P. O. Box 3716**<br>**Covington, LA 70434** | | | | | | | 352.00 |
| ACCOUNT NO.<br>**Eagan Insurance Agency**<br>**2629 N. Causeway Blvd.**<br>**Metairie, LA  70002** | | | Insurance GSMSI<br>Business & Properties<br>$3,846.22/mos. | | | | 0.00 |
| ACCOUNT NO. 0345127002<br>**First Data Global Leasing**<br>**P. O. Box 173845**<br>**Denver, CO  80217** | | | 26 mos. @ 27.12 plus penalties & interest - 26 mos. | | | | 705.12 |
| ACCOUNT NO. 0341270001<br>**First Data Global Leasing**<br>**P. O. Box 173845**<br>**Denver, CO  80217** | | | 15 mos. @ 27.12 plus penalties & interest | | | | 406.80 |
| ACCOUNT NO. 03451270006<br>**First Data Global Leasing**<br>**P. O. Box 173845**<br>**Denver, CO  80217** | | | 15 mos. @ 38.09 (plus penalties & interest) | | | | 571.35 |

Sheet no. _____**2**___ of _____**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    9,885.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gulf South Medical & Surgical Institute,**                                    Case No. _____
_____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1358407** <br> **First Funding Insurance Corp.** <br> **450 Skokie Blvd., Ste. 1000** <br> **Northbrook, IL  60062** | | | **Liability Insurance/Business** | | | | **1,475.04** |
| ACCOUNT NO. **5085704** <br> **Flat Iron Capital** <br> **950 17th Street, Ste. 1300** <br> **Denver, CO  80202** | | | **Professional Liability Insurance - 3 payments @ $14,561.13 (April, May and June 2011) (Insurance payments due)** | | | | **0.00** |
| ACCOUNT NO. <br> **Gachissin Law Firm** <br> **P. O. Box 80369** <br> **Lafayette, LA  70508** | | | **Legal Expense** | | | | **6,030.96** |
| ACCOUNT NO. <br> **General T Red, LLC** <br> **P. O. Box 459** <br> **Kenner, LA  70063-0459** | | | **Lease on Algiers Clinic** <br> **3 yrs. @ $3,000.00/month** <br> **Lease June 2010 to May 2011** | | | | **0.00** |
| ACCOUNT NO. <br> **George A. Farber, Sr., MD (Ret.)** <br> **3705 Florida Avenue** <br> **Kenner, LA  70065** | | | **Deferred Income 2005-2010** | | | | **720,000.00** |
| ACCOUNT NO. <br> **George A. Farber, Sr., MD (Ret.)** <br> **3705 Florida Avenue** <br> **Kenner, LA  70065** | | | **Loans to GSMSI Jan 1 - April 22, 2011** | | | | **236,294.49** |
| ACCOUNT NO. <br> **Go Graphics** <br> **516 Clearview Pkwy.** <br> **Metairie, LA  70001** | | | **6-month contract** | | | | **1,000.00** |

Sheet no. ____**3**____ of ____**8**____ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)  $   **964,800.49**

                                                                                                                        Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gulf South Medical & Surgical Institute,**                 Case No. _____
_____
                    Debtor(s)                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gulf Coast Office Products, Inc.**<br>**5801 River Oaks Road South**<br>**Nw Orleans, LA  70123** | | | | | | | **1,933.97** |
| ACCOUNT NO.<br>**John Pieksen & Associates, LLC**<br>**829 Baronne Street**<br>**New Orleans, LA  70113** | | | **Legal Expense** | | | | **34,831.54** |
| ACCOUNT NO. **17152600**<br>**Laboratory Corporation Of America**<br>**(LabCorp)**<br>**P. O. Box 12140**<br>**Burlington, NC  27216-2140** | | | | | | | **625.89** |
| ACCOUNT NO.<br>**Leslie Hoffman Advertising/**<br>**Certain Image, Inc.**<br>**1815 Hesoid Street**<br>**Metairie, LA  70005** | | | | | | | **11,000.00** |
| ACCOUNT NO.<br>**Letti Lynn Hoerner**<br>**2000 Mississippi Avenue**<br>**Kenner, LA  70062** | | | **Products & Services** | | | | **16,349.00** |
| ACCOUNT NO.<br>**Medical Specialties**<br>**676 Time Saver Avenue**<br>**New Orleans, LA  70123** | | | | | | | **483.70** |
| ACCOUNT NO.<br>**MetlLife Insurance Co. Of  Connecticut**<br>**P. O. Box 321**<br>**Warwick, RI  02887-0321** | | | **Policy assigned to Gulf Coast Bank against Mortgage on 3705 Florida - $5,639.88 paid 2xs/year** | | | | **0.00** |

Sheet no. _____**4**___ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **65,224.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gulf South Medical & Surgical Institute,**  Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MetlLife Insurance Co. Of  Connecticut** <br> **P. O. Box 321** <br> **Warwick, RI  02887-0321** | | | Key Man Insurance - Mark Callender <br><br> $1,104.42/mos. | | | | 0.00 |
| ACCOUNT NO. **GSMSI** <br> **Pontchartrain Mechanical Company, Inc.** <br> **716 Little Farms Avenue** <br> **Metairie, LA  70003** | | | | | | | 1,595.00 |
| ACCOUNT NO. <br> **Public Insurance Services** | | | | | | | 3,000.00 |
| ACCOUNT NO. <br> **Saeed Ahmed, MD** <br> **3705 Florida Avenue** <br> **Kenner, LA  70065** | | | March & April Commission | | | | 20,000.00 |
| ACCOUNT NO. **KDC** <br> **Sonitrol Of New Orleans, Inc.** <br> **2217 Ridgelake Drive** <br> **Metairie, LA  70001** | | | | | | | 1,020.00 |
| ACCOUNT NO. **4004479** <br> **Stericycle, Inc.** <br> **28161 N. Keith Drive** <br> **Lake Forest, IL  60045** | | | KDC | | | | 3,765.04 |
| ACCOUNT NO. <br> **Accelerated Revenue Management** <br> **P. O. Box 2929** <br> **Camarillo, CA  93011-2929** | | | Assignee or other notification for: <br> Stericycle, Inc. | | | | |

Sheet no. _____**5**_ of ____**8**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **29,380.04**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gulf South Medical & Surgical Institute,**
_____    Case No. _____
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stericycle, Inc.**<br>**P. O. Box 9001588**<br>**Louisville, KY  40290-1588** | | | Assignee or other notification for:<br>Stericycle, Inc. | | | | |
| ACCOUNT NO. **4003427**<br>**Stericycle, Inc.**<br>**28161 N. Keith Drive**<br>**Lake Forest, IL  60045** | | | Slidell | | | | **503.35** |
| ACCOUNT NO.<br>**Accelerated Revenue Management**<br>**P. O. Box 2929**<br>**Camarillo, CA  93011-2929** | | | Assignee or other notification for:<br>Stericycle, Inc. | | | | |
| ACCOUNT NO.<br>**Stericycle, Inc.**<br>**P. O. Box 9001588**<br>**Louisville, KY  40290-1588** | | | Assignee or other notification for:<br>Stericycle, Inc. | | | | |
| ACCOUNT NO. **4002587**<br>**Stericycle, Inc.**<br>**28161 N. Keith Drive**<br>**Lake Forest, IL  60045** | | | Covington | | | | **651.25** |
| ACCOUNT NO.<br>**Accelerated Revenue Management**<br>**P. O. Box 2929**<br>**Camarillo, CA  93011-2929** | | | Assignee or other notification for:<br>Stericycle, Inc. | | | | |
| ACCOUNT NO.<br>**Stericycle, Inc.**<br>**P. O. Box 9001588**<br>**Louisville, KY  40290-1588** | | | Assignee or other notification for:<br>Stericycle, Inc. | | | | |

Sheet no. ____**6**__ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,154.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gulf South Medical & Surgical Institute,**                    Case No. _____
                                     Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4004479** <br> **Stericycle, Inc.** <br> **28161 N. Keith Drive** <br> **Lake Forest, IL  60045** | | | **Algiers** | | | | **3,765.04** |
| ACCOUNT NO. <br> **Accelerated Revenue Management** <br> **P. O. Box 2929** <br> **Camarillo, CA  93011-2929** | | | **Assignee or other notification for:** <br> **Stericycle, Inc.** | | | | |
| ACCOUNT NO. <br> **Stericycle, Inc.** <br> **P. O. Box 9001588** <br> **Louisville, KY  40290-1588** | | | **Assignee or other notification for:** <br> **Stericycle, Inc.** | | | | |
| ACCOUNT NO. **2032675** <br> **Stericycle, Inc.** <br> **28161 N. Keith Drive** <br> **Lake Forest, IL  60045** | | | **Hammond** | | | | **559.80** |
| ACCOUNT NO. <br> **Accelerated Revenue Management** <br> **P. O. Box 2929** <br> **Camarillo, CA  93011-2929** | | | **Assignee or other notification for:** <br> **Stericycle, Inc.** | | | | |
| ACCOUNT NO. <br> **Stericycle, Inc.** <br> **P. O. Box 9001588** <br> **Louisville, KY  40290-1588** | | | **Assignee or other notification for:** <br> **Stericycle, Inc.** | | | | |
| ACCOUNT NO. <br> **The Doctor's Company** <br> **185 Greenwood Rd.** <br> **Napa, CA  94558-7540** | | | | | | | **3,000.00** |

Sheet no. _____**7**__ of _____**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **7,324.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gulf South Medical & Surgical Institute, _____    Case No. _____
                            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tom Hopkins, Esq., APLC**<br>**643 Magazine Street, Ste. 300**<br>**New Orleans, LA 70130** | | | **11-22-2010**<br>**Attorney for Dimitri Law suit** | | | | **2,156.86** |
| ACCOUNT NO.<br><br>**WLAE TV**<br>**3330 N. Causeway Blvd.**<br>**Metairie, LA 70002-3573** | | | | | | | **3,600.00** |
| ACCOUNT NO.<br><br>**WTIX-FM 94.3**<br>**4539 I-10 Service Rd. (3rd Floor)**<br>**Metairie, LA 70006** | | | | | | | **3,300.00** |
| ACCOUNT NO. **711277905**<br><br>**Xerox Corporation**<br>**P. O. Box 6600501**<br>**Dallas, TX 75266-0501** | | | **GSMSI** | | | | **451.10** |
| ACCOUNT NO.<br><br>**RMS**<br>**4836 Brecksville Rd.**<br>**Richfield, OH 44286** | | | **Assignee or other notification for:**<br>**Xerox Corporation** | | | | |
| ACCOUNT NO.<br><br>**Xerox Corporation**<br>**P. O. Box 802555**<br>**Chicago, IL 60680-2555** | | | **Assignee or other notification for:**<br>**Xerox Corporation** | | | | |
| ACCOUNT NO.<br><br>**Yellow Pages United**<br>**P. O. Box 53251**<br>**Atlanta, GA 30355** | | | **GSMSI - Covington** | | | | **198.00** |

Sheet no. **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,705.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,177,096.99**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Gulf South Medical & Surgical Institute, _____    Case No. _____
_____Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Priority Healthcare Center**<br>**Hrant "Gary" Agagianian**<br>**4700 Wichers Dr. - Ste. 304**<br>**Marrero, LA 70072** | **(Sub-lease) Agreement to Lease from GSMSI/Algiers Dermatology Clinic located @ 3600 General Meyer, NOLA. Lease purchase agreement @ 5,700.00/mo. Verbally agreed, awaiting sub-leases credentialing and licensure.** |
| **First Data Global Leasing**<br>**P. O. Box 173845**<br>**Denver, CO 80217** | **3 Leases on credit card machines. 0345127002 (Terrytown), 0341270001 (Kenner), 03451270006 (Algiers). Lease no. 052-0329810-000** |
| **N. O. East Ambulatory Surgical Facility**<br>**1631 N. Miro**<br>**New Orleans, LA 70119** | **Agreement to Rent Kenner Outpatient Surgical Center/GSMSI/Kenner Dermatology Clinic for $20,000.00 per week, 3 yr. agreement. Contract to follow; awaiting credentialing. To start June/July 1, 2011.** |
| **PAM II Of Covington, LLC**<br>**D/B/A Northshore Specialty Hospital**<br>**20050 Crestwood Blvd.**<br>**Covington, LA 70433** | **Agreement to Sublease Suites C & D @ 15825 Professional Plaza, Hammond, LA @ $,3600.00 per month.** |
| **General T Red, LLC**<br>**P. O. Box 459**<br>**Kenner, LA 70114** | **Lease of Algiers Clinic - 3 yrs. @ $3,000.00/month - Lease June 2010 to May 2013. Verbal lease, month-to-month. Property listed for sale.** |
| **Dr. Nose, LLC**<br>**15825 Professional Plaza - Ste. A**<br>**Hammond, LA 70403** | **Lease of Suites C & D @ 15825 Professional Plaza, Hammond, LA 70403**<br>**5 yr. Lease commencing March 1, 2009 @ $3,000.00 per month.** |
| **Kenner Dermatology Clinic, APMC**<br>**3705 Florida Avenue**<br>**Kenner, LA 70065** | **Management Contract/Operating Agreement** |
| **Venture Resource Group, LLC a/k/a**<br>**SCI Companies And PEO Management**<br>**4224 W. Henderson Blvd.**<br>**Tampa, FL 33629-5611** | **Service/Staff Employment Contract commencing June 23, 2008 (payroll services)**<br>**(co-debtor - George Farber)** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Gulf South Medical & Surgical Institute, _____    Case No. _____
                                                 Debtor(s)                                          (If known)

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Gulf South Medical & Surgical Institute, _____   Case No. _____
_____
Debtor(s)                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                                            Debtor

Date: _____   Signature: _____
                                                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the **Gulf South Medical & Surgical Institute,** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 10, 2011** _____   Signature: _**/s/ George Farber**_____

**George Farber**
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Louisiana**

IN RE:                                                          Case No. _____

<u>Gulf South Medical & Surgical Institute,</u>                    Chapter <u>11</u>
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: <u>**May 10, 2011**</u>            Signature: <u>*/s/ George Farber*</u>

                                      **George Farber,**                          Debtor

Date: _____            Signature: _____

                                                                  Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Accelerated Revenue Management
P. O. Box 2929
Camarillo, CA   93011-2929


Admiral Insruance Co.
1255 Caldwell R
P. O. Box 5725
Cherry Hill, NJ   08034


AFCO Insurance Premium Finance
P. O. Box 4795
Carol Stream, IL   60197-4795


Ajubita, Leftwich & Saltzer, LLC
1100 Poydras Street
New Orleans, LA   70130


AT&T Advertising Solutions
P. O. Box 105024
Atlanta, GA   30348-5024


Beckman Coulter, Inc.
P. O. Box 8000
250 South Kraermer Blvd
Brea, CA   92822-8000


Cavalier Business
2704 ALT 19
Palm Harbor, FL   34683-2639


Cerner Healthcare Solutions, Inc.
2800 Rockcreek Parkway
Kansas City, MO   64117

DA Exterminating Co., Inc.
4440 Wabash Street
Metairie, LA  70001-1230


De Lage Landen Financial Services, Inc.
P. O. Box 41602
Philadelphia, PA  19101-1602


DermatoPathology Consultants
104 White Horse Pike
Haddon Heights, NJ  08035


Dr. Nose, LLC
15825 Professional Plaza - Ste. A
Hammond, LA  70403


Dutel & Tomeny
Attorneys & Counselors
P. O. Box 3716
Covington, LA  70434


Eagan Insurance Agency
2629 N. Causeway Blvd.
Metairie, LA  70002


First Data Global Leasing
P. O. Box 173845
Denver, CO  80217


First Funding Insurance Corp.
450 Skokie Blvd., Ste. 1000
Northbrook, IL  60062


Flat Iron Capital
950 17th Street, Ste. 1300
Denver, CO  80202

Gachissin Law Firm
P. O. Box 80369
Lafayette, LA  70508


General T Red, LLC
P. O. Box 459
Kenner, LA  70114


General T Red, LLC
P. O. Box 459
Kenner, LA  70063-0459


George A. Farber, Sr., MD (Ret.)
3705 Florida Avenue
Kenner, LA  70065


Go Graphics
516 Clearview Pkwy.
Metairie, LA  70001


Gulf Coast Office Products, Inc.
5801 River Oaks Road South
Nw Orleans, LA  70123


John Pieksen & Associates, LLC
829 Baronne Street
New Orleans, LA  70113


Kenner Dermatology Clinic, APMC
3705 Florida Avenue
Kenner, LA  70065


Laboratory Corporation Of America
(LabCorp)
P. O. Box 12140
Burlington, NC  27216-2140

Leslie Hoffman Advertising/
Certain Image, Inc.
1815 Hesoid Street
Metairie, LA  70005


Letti Lynn Hoerner
2000 Mississippi Avenue
Kenner, LA  70062


Medical Specialties
676 Time Saver Avenue
New Orleans, LA  70123


MetlLife Insurance Co. Of  Connecticut
P. O. Box 321
Warwick, RI  02887-0321


N. O. East Ambulatory Surgical Facility
1631 N. Miro
New Orleans, LA  70119


PAM II Of Covington, LLC
D/B/A Northshore Specialty Hospital
20050 Crestwood Blvd.
Covington, LA  70433


Pontchartrain Mechanical Company, Inc.
716 Little Farms Avenue
Metairie, LA  70003


Priority Healthcare Center
Hrant "Gary" Agagianian
4700 Wichers Dr. - Ste. 304
Marrero, LA  70072

RMS
4836 Brecksville Rd.
Richfield, OH  44286


Saeed Ahmed, MD
3705 Florida Avenue
Kenner, LA  70065


Sonitrol Of New Orleans, Inc.
2217 Ridgelake Drive
Metairie, LA  70001


Stericycle, Inc.
28161 N. Keith Drive
Lake Forest, IL  60045


Stericycle, Inc.
P. O. Box 9001588
Louisville, KY  40290-1588


The Doctor's Company
185 Greenwood Rd.
Napa, CA  94558-7540


Tom Hopkins, Esq., APLC
643 Magazine Street, Ste. 300
New Orleans, LA  70130


Venture Resource Group, LLC a/k/a
SCI Companies And PEO Management
4224 W. Henderson Blvd.
Tampa, FL  33629-5611


WLAE TV
3330 N. Causeway Blvd.
Metairie, LA  70002-3573

```
WTIX-FM 94.3
4539 I-10 Service Rd. (3rd Floor)
Metairie, LA  70006


Xerox Corporation
P. O. Box 6600501
Dallas, TX  75266-0501


Xerox Corporation
P. O. Box 802555
Chicago, IL  60680-2555


Yellow Pages United
P. O. Box 53251
Atlanta, GA  30355
```