IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF:<br><br>**GULF SOUTH MEDICAL & SURGICAL INSTITUTE, INC.**<br><br><br>D E B T O R (S) | NO. 11-11551<br><br>SECTION A<br><br><br>CHAPTER 7 |

### ORDER

This matter was to come before the Court on September 12, 2017 as a hearing on approval of the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution filed herein.

Proper notice having been given to all creditors and parties in interest and no objections having been filed and no one appearing in person or through counsel to oppose the report and considering that the report has been reviewed by the U. S. Trustee,

**IT IS ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution is **APPROVED** and that the funds be distributed in accordance therewith.

New Orleans, Louisiana, September 12, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge